In the Matter of BLANCHE L. WOHLER, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York and Trustee of the New York City Police Pension Fund, Respondent.

Submitted January 10, 1940; decided March 5, 1940.

650

*Benjamin H. Siff* and *David D. Reibstein* for appellant.

*Abraham Bernard King, Joseph F. Ryan, Samuel Luloff* and *Morris Luloff* for Matthew Thomasson, *amicus curiæ.*

*William C. Chanler, Corporation Counsel (James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ